ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.
  Janine A. Sperandeo (SBN 227695)
  jsperandeo@rcrlaw.net
19 Corporate Plaza Drive
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Attorneys for Plaintiffs

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Karin Kramer (SBN 87346)
  karinkramer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorney for Defendants Pfizer Inc., Pfizer International LLC, and Wyeth Pharmaceuticals Inc.

LEWIS BRISBOIS BISGAARD & SMITH LLP
  Pamela M. Ferguson (SBN 202587)
  ferguson@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorney for Defendant McKesson Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M.J., a child under the age of 18 years, by JANICE K. JORDAN, her mother and Guardian ad Litem, and JANICE JORDAN, individually,<br><br>                    Plaintiffs,<br>v.<br><br>PFIZER, INC., a Delaware Corporation; PFIZER INTERNATIONAL LLC, a New York Limited Liability Corporation; MCKESSON CORPORATION, individually and d/b/a NORTHSTAR RX LLC, a Delaware Corporation; WYETH PHARMACEUTICALS, INC., and DOES 1 through 100, Inclusive,<br>                    Defendants. | CASE NO.: 3:13-cv-03226-EMC<br><br>PR~~OPOSE~~D ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

**[PR~~OPO~~SED] ORDER**

The Court has considered the parties' Joint Motion Requesting Brief Continuance of Case Management Conference, and for good cause shown therein, it is hereby ORDERED that the Motion is GRANTED. The Case Management Conference is continued to December 19, 2013, at 9:00 a.m., and the parties' joint CMC Statement shall be filed by December 12, 2013.

DATED: 10/15, 2013      By:_____
HON. JUDGE EDWARD CHEN

*APPROVED*
*Judge Edward M. Chen*

Dated: October 11, 2013

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Karin Kramer
　　Karin Kramer

*Attorney for Defendants Pfizer Inc., Pfizer International LLC, and Wyeth Pharmaceuticals Inc.*