| | |
|---|---|
| ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.<br>　Janine A. Sperandeo (SBN 227695)<br>　jsperandeo@rcrlaw.net<br>19 Corporate Plaza Drive<br>Newport Beach, California 92660<br>Telephone: (949) 720-1288<br>Facsimile: (949) 720-1292<br><br>Attorneys for Plaintiffs | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>　Karin Kramer (SBN 87346)<br>　karinkramer@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Attorney for Defendants Pfizer Inc., Pfizer International LLC, and Wyeth Pharmaceuticals Inc.<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>　Pamela M. Ferguson (SBN 202587)<br>　ferguson@lbbslaw.com<br>One Sansome Street, Suite 1400<br>San Francisco, California 94104<br>Telephone: (415) 362-2580<br>Facsimile: (415) 434-0882<br><br>Attorney for Defendant McKesson Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M.J., a child under the age of 18 years, by JANICE K. JORDAN, her mother and Guardian ad Litem, and JANICE JORDAN, individually,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>PFIZER, INC., a Delaware Corporation; PFIZER INTERNATIONAL LLC, a New York Limited Liability Corporation; MCKESSON CORPORATION, individually and d/b/a NORTHSTAR RX LLC, a Delaware Corporation; WYETH PHARMACEUTICALS, INC., and DOES 1 through 100, Inclusive,<br>　　　　　　　　Defendants. | CASE NO.: 3:13-cv-03226-EMC<br><br>PR~~OPOSE~~D ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

1

PROPOSED ORDER GRANTING CONTINUANCE - 3:13-CV-03226-EMC

**[PROPOSED] ORDER**

The Court has considered the parties' Joint Motion Requesting Brief Continuance of Case Management Conference, and for good cause shown therein, it is hereby ORDERED that the Motion is GRANTED. The Case Management Conference is continued to December 19, 2013, at 9:00 a.m., and the parties' joint CMC Statement shall be filed by December 12, 2013.

DATED: \_\_\_\_10/15\_\_\_\_, 2013       By:_____
                                          HON. JUDGE EDWARD CHEN



Dated: October 11, 2013

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Karin Kramer
      Karin Kramer

*Attorney for Defendants Pfizer Inc., Pfizer International LLC, and Wyeth Pharmaceuticals Inc.*